S. Kate Webber, Kansas City, MO, for appellant.

Karen Kramer, Jefferson City, MO, for respondent.

Before: THOMAS H. NEWTON, P.J., JOSEPH M. ELLIS, and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Mr. David John Martin appeals from the trial court's judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. He contends he received ineffective assistance of plea counsel and sentencing counsel.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

Theresa ARMSTRONG, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. WD 74496.

Missouri Court of Appeals, Western District.

Dec. 11, 2012.

Jeffrey Berman, Kansas City, MO, for appellant.

Shelly Kintzel, Jefferson City, MO, for respondent.

Before: JAMES EDWARD WELSH, CJ., THOMAS H. NEWTON, J., and CHARLES E. ATWELL, Sp. J.

## ORDER

PER CURIAM:

Ms. Theresa Armstrong appeals the decision of the Labor and Industrial Relations Commission denying her request for unemployment benefits.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Michael A. MIMS, Appellant.

No. WD 74215.

Missouri Court of Appeals, Western District.

Dec. 11, 2012.

Todd Smith, Jefferson City, MO, for Appellant.

Ellen Flottman, Columbia, MO, for Respondent.

Before JAMES EDWARD WELSH, C.J., MARK D. PFEIFFER, and CYNTHIA L. MARTIN, JJ.

## ORDER

PER CURIAM:

Michael A. Mims appeals from a judgment convicting him of two counts of robbery in the first degree and two counts of armed criminal action. We affirm. Rule 30.25.

Brian W. KREMIN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 74384.

Missouri Court of Appeals, Western District.

Dec. 11, 2012.

Frederick Ernst, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before: ALOK AHUJA, P.J., and VICTOR C. HOWARD and CYNTHIA L. MARTIN, JJ.

## ORDER

PER CURIAM:

In February 2008, Brian Kremin pled guilty in the Circuit Court of Clay County to the class B felony of assault in the first degree. The circuit court suspended the imposition of sentence, and placed Kremin on five years' probation. After revoking Kremin's probation in January 2010, the circuit court imposed an eight-year sentence. Kremin filed a motion for post-conviction relief under Supreme Court Rule 24.035. The circuit court denied relief following an evidentiary hearing. Kremin appeals, arguing that the trial court erroneously refused to allow the victim to testify at his probation revocation hearing, in violation of the victim's rights under Article I, § 32.1(2) of the Missouri Constitution, and in violation of his right to due process under the state and federal constitutions. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).